Jerry BOWMAN, Plaintiff-Appellant,

v.

BANK OF AMERICA NA, d/b/a Bank of America Home Loans, Defendant-Appellee.

No. 16-1802

United States Court of Appeals, Fourth Circuit.

Submitted: February 16, 2017

Decided: February 21, 2017

Jerry Bowman, Appellant Pro Se. Robert Ashley Muckenfuss, Elizabeth Marion Zwickert Timmermans, MCGUIRE-WOODS, LLP, Charlotte, North Carolina, for Appellee.

Before GREGORY, Chief Judge, DUNCAN, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry Bowman appeals the district court's orders denying relief on his civil action in which he claimed the Defendant discriminated against him based on his disability while considering him for a mortgage loan modification under the Home Affordable Modification Program (HAMP), and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, although we grant Bowman leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. See Bowman v. Bank of Am. NA, No. 3:13–cv–03436–TLW (D.S.C. June 16, 2016 & Oct. 13, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED